■ In the Matter of JACOB GREENBERG, on Behalf of Himself and Other Similarly Situated Tenants of 225 CENTRAL PARK WEST, New York, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ LESTER ERWIN, Respondent, v. HERBERT GLASSBERG et al., Appellants. HERBERT GLASSBERG, Appellant, v. CONSOLIDATED EDISON CO. OF NEW YORK et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ ANNE V. DE SAIRIGNE, Respondent, v. FRANK J. GOULD, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. In disposing of this appeal we have not considered the question of what effect, if any, the French law would have upon the transaction involved. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See *post,* p. 885.]

■ In the Matter of GUSTAVE B. GARFIELD, on Behalf of Himself and All Members and Policyholders of Equitable Life Assurance Society of the United States, Similarly Situated, Appellant, against LEFFERT HOLZ, as Superintendent of Insurance, et al., Respondents, and EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Intervenor-Respondent.— The order of Special Term should be affirmed. It may not be said that the refusal of the Superintendent of Insurance and the Attorney-General, was without reasonable basis. We do not pass upon any of the other questions ruled upon by Special Term, including the question as to whether this policyholder has the right to institute suit. Order unanimously affirmed, with $20 costs and disbursements to the respondents. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ IRMA CRISCILLO, Individually and as Sole Residuary Legatee under the Will of SERAFINO CRISCILLO, Deceased, Appellant-Respondent, v. NINO A. PUCILLO, Respondent-Appellant.— Order and judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ WILLIAM NAUMANN, an Infant, by His Guardian ad Litem, GERTRUDE NAUMANN, et al., Respondents, v. I. HOWARD LEHMAN et al., as Trustees of the Surface Transportation Corporation of New York, Appellants, et al., Defendant. — Judgment unanimously reversed, with costs, the complaint dismissed and judgment is directed to be entered in favor of defendants dismissing the complaint herein, with costs. The infant plaintiff's contributory negligence was concurrent with any negligence of defendants and continued up to the time of the accident. There was no inextricable peril in which the infant plaintiff was involved. He could have released himself at will from the danger he created and

continued. The doctrine of the last clear chance, on which plaintiff relies to sustain the judgment, is inapplicable to the facts of this case. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.